**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**v.**

**TERRANCE L. DOOLEY,**

          **Defendant.**

**Case No. 3:22-CR-30058-NJR**

## FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

On May 2, 2023, this Court entered an order of forfeiture (Doc. 36) against Defendant Terrance L. Dooley for the following property, which had been seized from him:

1. **A Smith & Wesson .357 caliber revolver, bearing serial number 77K9186;**
2. **A Glock 19, 9mm handgun, bearing serial number BPWX275;**
3. **A Taurus Millennium G2, 9mm handgun, bearing serial number TJ048161;**
4. **A Phoenix Arms, .22 LR caliber pistol, bearing serial number 4430695; and**
5. **Any and all ammunition contained therein.**

The order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 8, 2024, and ending March 8, 2024, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the property described above that is the subject of the Order of Forfeiture filed on May 2, 2023, namely:

1.   A Smith & Wesson .357 caliber revolver, bearing serial number 77K9186;
2.   A Glock 19, 9mm handgun, bearing serial number BPWX275;
3.   A Taurus Millennium G2, 9mm handgun, bearing serial number TJ048161;
4.   A Phoenix Arms, .22 LR caliber pistol, bearing serial number 4430695; and
5.   Any and all ammunition contained therein.

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   July 24, 2024**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**